```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                         CASE NO. 05 B 28872
      ROGER A KUROWSKI
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

           Debtor
      SSN XXX-XX-8735
```

---
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/21/05 and confirmed on 10/24/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  41000.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| USA ONE NATIONAL CU | SECURED VEHIC | 15035.76 | 1194.27 | 15035.76 |
| BECKET & LEE LLP | UNSECURED | 4631.59 | .00 | 3408.26 |
| BECKET & LEE LLP | UNSECURED | 4160.04 | .00 | 3061.26 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7156.47 | .00 | 5266.25 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2564.97 | .00 | 1887.49 |
| DISCOVER BANK | UNSECURED | 10303.72 | .00 | 7582.23 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1585.17 | .00 | 1166.48 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 688.68 | .00 | 506.78 |
| USA ONE NATIONAL CU | UNSECURED - C | 2156.33 | .00 | 66.79 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 15035.76 | .00 | 31090.64 | 2156.33 | 48282.73 |
| PRINCIPAL PAID | 15035.76 | .00 | 22878.75 | 66.79 | 37981.30 |
| INTEREST PAID | 1194.27 | .00 | .00 | .00 | 1194.27 |
| TOTAL PAID | 16230.03 | .00 | 22878.75 | 66.79 | 39175.57 |

The Debtor's attorney, STUART B HANDELMAN              , was allowed $   2200.00
and was paid $   2200.00   direct and $       .00  through the plan.

The Trustee received $    1824.43 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```